DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FARRAH FOX,** an incapacitated person, by and through
**MARLA-JO RAFALOVE FOX,** as plenary guardian,
Appellant,

v.

**MICHAEL A. D'AVANZO, GENE FISHER,** and **JANET V. FISHER,**
Appellees.

No. 4D2023-0090

[March 14, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley G. Harper, Judge; L.T. Case No. 502018CA010593.

Brent G. Steinberg, Daniel L. Greene, and Jacob M. Schuster of Swope, Rodante, P.A., Tampa, for appellants.

Warren B. Kwavnick of The Law Office of Warren B. Kwavnick, PLLC, Pembroke Pines, for appellees Gene Fisher and Janet V. Fisher.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***